760

Supreme Court of Texas denied. *Mr. Leon P. Howell* for petitioners. *Messrs. H. L. Stone, John E. Green, Jr.,* and *John P. Bullington* for respondents.

No. 542. CLEVINGER *v.* ST. LOUIS-SAN FRANCISCO RY. CO. December 20, 1937. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Walter A. Raymond* and *Fenton Hume* for petitioner. *Messrs. Joseph W. Jamison* and *Mitchel J. Henderson* for respondent.

No. 564. LAFOREST *v.* BOARD OF COMMISSIONERS. December 20, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Edward A. Aaronson* for petitioner. *Messrs. Elwood H. Seal* and *Vernon E. West* for respondent.

No. 567. FOOTE ET AL. *v.* NEW YORK. December 20, 1937. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Milton Pinkus* for petitioners. *Messrs. John F. X. McGohey* and *Henry Epstein* for respondent.

No. 571. SHECKLES *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 572. WOODRING-MEYER LUMBER CO. *v.* SAME;
No. 573. W. A. CARNES *v.* SAME;
No. 574. PAULUS *v.* SAME;